# EXHIBIT B













































































































































































































































